FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2021

No. 04-21-00376-CR

Andell Brymonte **PITTMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2518
Honorable Jennifer Pena, Judge Presiding

# O R D E R

The trial court imposed sentence on August 13, 2021; Appellant's notice of appeal was due to be filed by September 13, 2021. *See* TEX. R. APP. P. 26.2(a). On September 7, 2021, this court received Appellant's notice of appeal in a related case that had been dismissed by the State. This court issued an order to show cause why it should not dismiss the appeal for want of jurisdiction, an order to file an amended notice of appeal to include the correct trial court cause number, as well as an order to the trial court to appoint appellate counsel. All deadlines were suspended until further order of the court. On September 15, 2021, Appellant filed an amended notice of appeal with the correct trial court cause number. Appellate counsel was appointed on September 30. On October 1, newly-appointed appellate counsel filed a motion for extension of time to file the notice of appeal under the correct cause number, as well as an extension of time to file the notice of appeal under the correct cause number in the trial court.

Appellant's motion for extension of time to file the notice of appeal is GRANTED; Appellant's notice of appeal is deemed timely filed. *See id.* R. 26.3, 25.2(c).

_____
Patricia O. Alvarez, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2021.



_____

MICHAEL A. CRUZ, Clerk of Court